# UNITED STATES DISTRICT COURT
for the
District of Connecticut

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
Dec. 12, 2022
By _____ Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:22mj1074 SDV |
| Christopher Bates Jr. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of April 24, 2019 to November 30, 2022 in the county of Fairfield in the District of Connecticut, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of child pornography; and |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:

See attached Affidavit of HSI Special Agent Stephanie Kooharian, which is incorporated herein by reference.

☑ Continued on the attached sheet.

STEPHANIE M KOOHARIAN
Digitally signed by STEPHANIE M KOOHARIAN
Date: 2022.12.12 12:51:39 -05'00'

*Complainant's signature*

Stephanie Kooharian, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 12/12/2022

S. Dave Vatti
Digitally signed by S. Dave Vatti
Date: 2022.12.12 14:06:56 -05'00'

*Judge's signature*

City and state: Bridgeport, Connecticut

Hon. S. Dave Vatti, U.S. Magistrate Judge
*Printed name and title*