**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date: December 13, 2022

Case #: 3:22mj1074 SDV    Dft #: _____

**UNITED STATES OF AMERICA**

Vs.

Christopher Bates

Honorable Judge: S. Dave Vatti
Deputy Clerk: Tiffany Nuzzi
AUSA: Neeraj Patel
Counsel for Defendant: Philip Russell

☒ Retained    ☐ CJA    ☐ FPD

Start Time: 3:28PM    End Time: 4:12PM

USPO: Christina Moronta-Fawcett

Recess (if more than ½ hr) _____ to _____

Reporter/ECRO/FTR: Courtsmart and ZOOM

Interpreter: _____ Language: _____

Total Time _____ hours  44  minutes

Hearing held  ☒ in person  ☒ by video  ☐ by telephone

**HEARING AND TIME**

| ☒ Initial Appearance ____ | ☐ Initial Appear. Rule 5 ____ | ☒ Detention ____ | ☐ Arraignment ____ |
|---|---|---|---|
| ☒ Motion ____ | ☐ Bond ____ | ☐ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ☐ Change of Plea ____ | ☐ Conflict ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ In Camera ____ | ☐ Frye ____ |

☐ Arrest or ☒ Self surrender   Date 12/13/2022
☐ Case Unsealed
☐ Deft failed to appear
☐ CJA23 financial affidavit filed under seal
☒ Oral Brady Order entered and paper to issue

☐ Rule 5 charging district _____
☐ Order appointing FPD
☐ Order appointing Attorney _____
☐ Set ATTY flag and notify grievance clerk
☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
|---|---|---|
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of  ☐ NOT guilty  ☐ guilty  ☐ nolo contendere;  As to counts _____
Plea agreement letter  ☐ filed  ☐ under seal  ☐ to be filed
☐ Petition to enter guilty plea filed

**SENTENCING**

☐ Sentencing set for _____ at _____
☐ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $_____ on count(s) _____. Total of $_____  ☐ due now ☐ due at sentencing

**ORDERS**
☐ Waiver of Rule 5 hearing filed
☐ Defendant motions due_____, Govt. responses due _____
☐ Scheduling Order filed ☐ to be filed; ☐Sentencing scheduling order filed
☐ Hearing on pending motions scheduled for _____ at _____
☐ Jury Selection set for _____ at _____ before Judge_____
☐ Defendant's motion for waiver of 10-day notice filed;  ☐ Granted    ☐Denied      ☐Advisement
__Probable Cause__ hearing set for _1/3/2022 at 12:00PM_ ; continued until_____

**DETENTION**
☐ Govt's motion for pretrial detention filed ☐ Granted  ☐Denied  ☐Advisement
☐ Order of detention filed
■ Bond set at $ _300,000_   ☐ reduced to $_____ ;  ☐Non-surety   ■Surety   ☐Personal recognizance
☐ Bond  ☐revoked   ☐reinstated   ☐continued   ☐modified
☐ No bond set at this time
☐ Order of temporary detention pending hearing filed
☐ Defendant detained
☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
☐ Defendant must reside at _____.
☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
☐ Defendant must surrender passport to the USPO  ☐ must not apply for passport
☐ Defendant must refrain from possessing firearms or dangerous weapons
☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
☐ Defendant must maintain employment or actively seek employment
■ As set forth in the Order Setting Conditions of Release
☐ Other _____
_____

**MOTIONS**
■ Motion for _to unseal_____filed by■ USA ☐defendant, ■granted   ☐denied  ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement

**NOTES**
_____
_____
_____
_____