AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| Christopher Bates, Jr. | ) |
| *Defendant* | ) |

DEC 13 2022 PM4:46
FILED - USDC - BPT -

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Christopher Bates, Jr.

Date:   12/13/2022

*Attorney's signature*

Philip Russell - Federal Bar No. CT03127
*Printed name and bar number*
Philip Russell, LLC
1 River Road
Cos Cob, CT 06807

*Address*

efile@greenwichlegal.com
*E-mail address*

(203) 661-4200
*Telephone number*

(203) 661-3666
*FAX number*