AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) |
|---|---|
| v. | ) |
| Christopher Bates Jr. | ) Case No. |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

DEC 13 2022 PM 4:46
FILED - USDC - BPT - CT

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Christopher Bates Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

From on or about April 24, 2019, to on or about November 30 2022, the exact dates being unknown, in the District of Connecticut, the defendant CHRISTOPHER BATES JR. knowingly received child pornography in violation of 18 U.S.C. § 2252A(a)(2) and knowingly possessed child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B).

Date:   12/12/2022

S. Dave Vatti   Digitally signed by S. Dave Vatti
Date: 2022.12.12 14:07:49 -05'00'

*Issuing officer's signature*

City and state:   Bridgeport, Connecticut          Hon. S. Dave Vatti, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  12/13/2022 , and the person was arrested on *(date)*  12/13/2022
at *(city and state)*  Bridgeport, CT .

Date:  12/13/2022

*Arresting officer's signature*

SA Stephanie Kouharian, HSI
*Printed name and title*