UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 3:22-MJ-1074(SDV) |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER BATES, JR. | ) | DECEMBER 22, 2022 |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME**

The Defendant, CHRISTOPHER BATES, JR., by his Attorney, Philip Russell, respectfully moves for an order extending the deadlines imposed at arraignment:

1. Defendant is filing the above captioned motion pursuant to the Honorable Judge Dave Vatti's Order Setting Conditions of Release dated December 13, 2022.

2. Defendant is requesting a thirty-day extension to January 23, 2022 to file the agreed upon mortgages securing the Defendant's bond.

3. In support of this request, the undersigned counsel represents that the Government consents to this extension of time.

WHEREFORE, Defendant requests an extension to January 23, 2022, to file the appropriate mortgage paperwork.

CHRISTOPHER BATES

By:  /s/
Philip Russell
Federal Bar No. CT03127
Philip Russell, LLC
1 River Road
Cos Cob, CT 06807
Tel.: (203) 661-4200
Fax: (203) 661-3666
E-mail: efile@greenwichlegal.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept the electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by First Class Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                              /s/
                                       Philip Russell