UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 3:22-mj-1074 (SDV) |
| v. | |
| CHRISTOPHER BATES JR. | March 7, 2023 |

### JOINT MOTION TO CONTINUE PRELIMINARY HEARING

The parties in the above-captioned matter respectfully move to continue the preliminary hearing June 13, 2023. Counsel for Mr. Bates indicates that Mr. Bates has been advised of his rights to a speedy indictment and trial and has executed a speedy trial waiver, which is attached to this motion.

The basis for this motion is that the parties are engaged in discussion that may obviate the need for a preliminary hearing and trial; the government is still preparing discovery for the defense to review; and the defense is exploring certain issues that may be relevant to a potential resolution.

Accordingly, the parties request an extension of the time within which a preliminary hearing should be held and within which an indictment or information must be filed.

WHEREFORE, the parties respectfully request that the preliminary hearing be continued to June 13, 2023, that the Court find the requested continuance is in the defendant's best interest and outweighs the public interest in a speedy trial, and that the Court exclude the period from March 13, 2023 until June 13, 2023 from the Speedy Trial Act calculations.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.:    (203) 821-3700
Email: neeraj.patel@usdoj.gov


CHRISTOPHER BATES JR.

Philip Russell, Esq.
Federal Bar No. CT03127
Philip Russell, LLC
1 River Road
Cos Cob, CT 06807
Tel.: (203) 661-4200
E-mail: prussell@greenwichlegal.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 7, 2023, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Neeraj N. Patel*
Neeraj N. Patel
Assistant United States Attorney