UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER BATES JR. | Case No. 3:22-mj-1074 (SDV) |

## WAIVER OF SPEEDY TRIAL

Christopher Bates Jr. hereby waives those rights accorded him by Federal Rule of Criminal Procedure 5.1(c), requiring that a preliminary hearing be held within 21 days of the initial appearance if the defendant is not in custody, or within 14 days of the initial appearance if the defendant is in custody, and the Speedy Trial Act of 1974, 18 U.S.C. § 3161(b), requiring that an indictment or information be filed within 30 days of the defendant's arrest.  In support of this waiver, Mr. Bates states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this document he will be giving up the rights accorded him by Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act; and

He requests that the Court find that the requested continuance is in his best interest and outweighs the public interest in a speedy trial. He requests that the Court exclude the period from September 13, 2023 until November 13, 2023.

_____      9/5/23
Christopher Bates Jr.           Date