UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 3:22-mj-1074 (SDV) |
| v. | |
| CHRISTOPHER BATES JR. | November 8, 2023 |

## JOINT MOTION TO CONTINUE PRELIMINARY HEARING

The parties in the above-captioned matter respectfully move to continue the preliminary hearing by another 30 days to December 13, 2023. Counsel for Mr. Bates indicates that Mr. Bates has been advised of his rights to a speedy indictment and trial and has executed a speedy trial waiver, which is attached to this motion.

The basis for this motion is that the parties are engaged in discussions that may obviate the need for a preliminary hearing and trial. For the past several months, the defense was having the defendant undergo an evaluation. The evaluation has now been completed, and the defense recently provided copies of the reports to the Government. The parties need a short continuance to discuss the evaluation report and see if a pre-indictment resolution can be reached.

Accordingly, the parties request an brief extension of the time within which a preliminary hearing should be held and within which an indictment or information must be filed.

WHEREFORE, the parties respectfully request that the preliminary hearing be continued to December 13, 2023, that the Court find the requested continuance is in the defendant's best interest and outweighs the public interest in a speedy trial, and that the Court exclude the period from November 13, 2023 until December 13, 2023 from the Speedy Trial Act calculations.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

---

NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.:   (203) 821-3700
Email: neeraj.patel@usdoj.gov

CHRISTOPHER BATES JR.

---

Philip Russell, Esq.
Federal Bar No. CT03127
Philip Russell, LLC
1 River Road
Cos Cob, CT 06807
Tel.: (203) 661-4200
E-mail: prussell@greenwichlegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2023, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Neeraj N. Patel*
Neeraj N. Patel
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER BATES JR. | Case No. 3:22-mj-1074 (SDV) |

**WAIVER OF SPEEDY TRIAL**

Christopher Bates Jr. hereby waives those rights accorded him by Federal Rule of Criminal Procedure 5.1(c), requiring that a preliminary hearing be held within 21 days of the initial appearance if the defendant is not in custody, or within 14 days of the initial appearance if the defendant is in custody, and the Speedy Trial Act of 1974, 18 U.S.C. § 3161(b), requiring that an indictment or information be filed within 30 days of the defendant's arrest.  In support of this waiver, Mr. Bates states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this document he will be giving up the rights accorded him by Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act; and

He requests that the Court find that the requested continuance is in his best interest and outweighs the public interest in a speedy trial. He requests that the Court exclude the period from November 13, 2023 until December 13, 2023.

_____          _____
Christopher Bates Jr.                                             Date