UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 3:22-mj-1074 (SDV) |
| v. | |
| CHRISTOPHER BATES JR. | December 5, 2023 |

**JOINT MOTION TO CONTINUE PRELIMINARY HEARING**

The parties in the above-captioned matter respectfully move to continue the preliminary hearing by another 30 days to January 13, 2024. Counsel for Mr. Bates indicates that Mr. Bates has been advised of his rights to a speedy indictment and trial and has executed a speedy trial waiver, which is attached to this motion.

The basis for this motion is that the parties are engaged in discussions that may obviate the need for a preliminary hearing and trial. As the parties set forth in the last motion to continue filed on November 8, 2023, for the past several months, the defense was having the defendant undergo an evaluation. The evaluation was completed, and the defense provided copies of the reports to the Government shortly before the last motion to continue. The parties requested a 30-day continuance to permit the parties time to discuss a pre-indictment resolution.

Since the last motion to continue, the Government sent a proposed plea agreement to the defendant's counsel. However, the defendant's counsel has been engaged in a trial in state court and was unable to review the plea agreement with the defendant until this past weekend. The defendant's counsel was able to meet with the defendant on Saturday morning, and the defense has additional questions about the Government's plea offer. Because defendant's counsel is still engaged in trial this week, the parties need a short continuance to discuss the Government's plea offer and see if a pre-indictment resolution can be reached.

Accordingly, the parties request a brief extension of the time within which a preliminary hearing should be held and within which an indictment or information must be filed.

The parties recognize that this case has been pending for approximately one year. The parties can be available for a telephonic status conference if the Court would like to discuss the motion with the parties before ruling on the motion.

WHEREFORE, the parties respectfully request that the preliminary hearing be continued to January 13, 2024, that the Court find the requested continuance is in the defendant's best interest and outweighs the public interest in a speedy trial, and that the Court exclude the period from December 13, 2023 until January 13, 2024 from the Speedy Trial Act calculations.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700
Email: neeraj.patel@usdoj.gov

CHRISTOPHER BATES JR.

Philip Russell, Esq.
Federal Bar No. CT03127
Philip Russell, LLC
1 River Road
Cos Cob, CT 06807
Tel.: (203) 661-4200
E-mail: prussell@greenwichlegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 5, 2023, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            */s/ Neeraj N. Patel*
                                            Neeraj N. Patel
                                            Assistant United States Attorney