UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 3:22-mj-1074 (SDV) |
| v. | |
| CHRISTOPHER BATES JR. | January 11, 2024 |

## JOINT MOTION TO CONTINUE PRELIMINARY HEARING

The parties in the above-captioned matter respectfully move to continue the preliminary hearing by another 30 days to February 13, 2024. Counsel for Mr. Bates indicates that Mr. Bates has been advised of his rights to a speedy indictment and trial and has executed a speedy trial waiver, which is attached to this motion.

The basis for this motion is that the parties have agreed upon a pre-indictment resolution of this matter. Counsel for Mr. Bates has advised the Government that Mr. Bates intends to waive indictment and plead guilty to the Government's plea offer, which will obviate the need for a preliminary hearing. The Clerk's Office has assigned this matter to the Hon. Victor A. Bolden for a waiver and plea hearing. The parties have been communicating with the courtroom deputy for Judge Bolden to schedule a waiver and plea hearing. Because counsel for Mr. Bates is engaged in trial in state court this week, and will be out of district next week, the parties requested a date towards the end of January. The courtroom deputy has tentatively scheduled the waiver and plea hearing for January 30, 2024, but that may need to be rescheduled.

Accordingly, because a waiver and plea hearing is being scheduled for the end of January, the parties request a brief extension of the time within which a preliminary hearing should be held and within which an indictment or information must be filed. The parties propose continuing the preliminary hearing to February 13 to allow extra time in case the waiver and plea hearing needs to be rescheduled due to any unforeseen circumstances.

WHEREFORE, the parties respectfully request that the preliminary hearing be continued to February 13, 2024, that the Court find the requested continuance is in the defendant's best interest and outweighs the public interest in a speedy trial, and that the Court exclude the period from January 13, 2024 until February 13, 2024 from the Speedy Trial Act calculations.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Neeraj N. Patel*

_____

NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.:    (203) 821-3700
Email: neeraj.patel@usdoj.gov


CHRISTOPHER BATES JR.

*/s/ Philip Russell*

_____

Philip Russell, Esq.
Federal Bar No. CT03127
Philip Russell, LLC
1 River Road
Cos Cob, CT 06807
Tel.: (203) 661-4200
E-mail: prussell@greenwichlegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2024, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                               _____
                                                                               Neeraj N. Patel
                                                                               Assistant United States Attorney