## CRIMINAL CALENDAR

The following criminal case will be presented by the United States of America in United States District Court for the District of Connecticut, 141 Church Street, Courtroom Two, New Haven, CT, before the Honorable Victor A. Bolden, United States District Judge, on Wednesday, February 7, 2024 at 1:00 p.m.

AUSA Neeraj N. Patel

Waiver of Indictment and Plea Hearing

| | |
|---|---|
| UNITED STATES | Docket Nos.:   3:24-cr-____ (VAB) |
| | 3:22-mj-1074 (SDV) |
| -vs- | |
| CHRISTOPHER BATES, JR. | COUNT ONE: |
| (Philip Russell, Esq.) | 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) |
| | (Possessing and Accessing with Intent to View Child Pornography) |

Maximum Penalties:

| | |
|---|---|
| Imprisonment: | Maximum: 20 years |
| Fine: | $250,000 |
| Supervised Release: | Minimum: 5 Years |
| | Maximum: Life |
| Special Assessment: | $100 |
| Additional Assessments: | $22,000 |